# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-cv-645-MJR |
| RANDOLPH COUNTY, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, finding that he had accumulate three or more strikes. Now before the Court is Plaintiff's motion to reconsider that finding (Doc. 5).[1]

In his motion, Plaintiff does not challenge the Court's assessment of his strikes, nor does he allege that he is in imminent danger of serious physical harm due to the claims raised in this action.[2] Rather, he claims that he has accumulated those strikes due to inadequate assistance in the prison law library. Unfortunately, Plaintiff cannot blame others for lawsuits that he chose to file. Thus, the instant motion is **DENIED**.

The Court now grants him an additional 15 days, through and including November 4, 2008, in which to pay the $350 filing fee for this action. If he does not pay the filing fee by that date, this

---

[1] Plaintiff correctly points out that in the Court's prior order (Doc. 4), the defendant was erroneously listed as Roger E. Walker, rather than Randolph County, and the case number was incorrect. An amended order will be entered to correct those clerical errors.

[2] The basis for this action is the Circuit Court's denial of his request to proceed as a pauper with respect to a small claims complaint.

case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 20th day of October, 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**