# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN CARTER, Inmate #R-25659, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-cv-645-MJR |
| RANDOLPH COUNTY, *et al.*, | ) |
| Defendants. | ) |

## AMENDED MEMORANDUM AND ORDER[1]

**REAGAN, District Judge:**

Plaintiff, a prisoner in the Menard Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2).

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Section 1915(g) requires that this Court consider prisoner actions dismissed prior to, as well as after, the PLRA's enactment. *See Evans v. I.D.O.C.,* 150 F.3d 810, 811 (7th Cir. 1998); *Abdul-Wadood v. Nathan,* 91 F.3d 1023 (7th Cir. 1996).

Plaintiff has had three or more prior prisoner actions dismissed on the grounds that they were

---

[1] Order amended to correct defendant's name and case number.

frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Carter v. IDOC*, Case No. 06-cv-712-GPM (S.D. Ill., action dismissed pursuant to 28 U.S.C. § 1915A, Feb. 1, 2008); *Carter v. People of State of Illinois*, Case No. 05-4231 (N.D. Ill., action dismissed pursuant to 28 U.S.C. § 1915A, Aug. 11, 2005); *Carter v. Wagner*, Case No. 02-cv-50429 (N.D. Ill., case dismissed pursuant to 28 U.S.C. § 1915A, Jan. 21, 2003). Further, the allegations in the instant complaint – the handling of his pleadings in Randolph County Court – do not show that Plaintiff is under imminent danger of serious physical injury.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 20th day of October, 2008.**

           **s/ Michael J. Reagan**
           **MICHAEL J. REAGAN**
           **United States District Judge**