# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN CARTER, Inmate #R-25659, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL NO. 08-cv-645-MJR |
| RANDOLPH COUNTY, *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Carter shall recover nothing, and the action be **DISMISSED for failure to pay the filing fee.**

November 14, 2008  By:  s/ Michael J. Reagan
*Date*  *District Judge*